**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DISTRICT AT CINCINNATI**

---------------------------------------------------------X

| | |
|---|---|
| KRISTEN BECKER f.k.a. KRISTEN STITSINGER<br>8509 Forest Valley Dr.,<br>Cincinnati, Ohio 45247,<br><br>and<br><br>FREDERICK STITSINGER<br>1285 Morman Rd.,<br>Hamilton, Ohio 45013,<br><br>                Plaintiffs,<br><br>-vs-<br><br>PENNYMAC LOAN SERVICES, LLC,<br>s/a CT Corporation System,<br>1300 East Ninth Street,<br>Cleveland, Ohio 44114,<br><br>                Defendant. | Case No.  20-cv-00346 (DRC)<br>Judge Douglas R. Cole<br><br>**NOTICE OF WITHDRAWAL OF SARAH A. WILSON AS COUNSEL** |

-------------------------------------------------------

PLEASE TAKE NOTICE that the undersigned counsel for Defendant PennyMac Loan Services, LLC ("PennyMac"), in the above-captioned case hereby respectfully requests the withdrawal of appearance of attorney Sarah A. Wilson in the above-referenced action. Ms. Wilson has recently left Blank Rome LLP, which continues to represent this defendant, for a position elsewhere. Undersigned counsel further requests that Ms. Wilson's name be removed from the CM/ECF docket.

Other counsel from Blank Rome LLP who have appeared on behalf of PennyMac in this action will continue their representation.

Respectfully submitted,

*/s/ John R. Wirthlin*
John R. Wirthlin (0031526)
BLANK ROME LLP
1700 PNC Center
Cincinnati, Ohio 45202
Telephone: (513) 362-8748
Fax: (513) 362-8787
john.wirthlin@blankrome.com

## **CERTIFICATE OF SERVICE**

I certify that an exact copy of the foregoing document was electronically filed and served via the ECF system on September 9, 2022.

*/s/ John R. Wirthlin*
John R. Wirthlin